FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 AUG 13 PM 1:30

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SULAIMAN A. RASHID, )
)
    Plaintiff, )
)
v. ) CASE NO. CV410-092
)
LIBERTY COUNTY JAIL, DOUGLAS D. )
FRANKS, and FACILITY MEDICAL )
DEPARTMENT, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which objections have been filed (Doc. 20).[1] After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation and finds Plaintiff's objections to be without merit. This case is **DISMISSED WITHOUT PREJUDICE**. The **Clerk of Court** is **DIRECTED** to **CLOSE THIS CASE**.

SO ORDERED this 13th day of August 2010.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] In Plaintiff's objections he contends that the prison is in violation of its own policies regarding grievances. However, he provides the Court with no documentation of those policies, which prevents the Court from determining their substance. (Doc. 20.)